UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZIZ SALAAM,

                              Plaintiff,

-against-                              22-CV-4155 (JPO)

CITY OF NEW YORK; COMMISSIONER        ORDER OF SERVICE
LOUIS MOLINA; WARDEN JOSEPH
CAPUTO,

                             Defendants.

---

J. PAUL OETKEN, United States District Judge:

     Plaintiff, who is detained in the Anna M. Kross Center on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983. By order dated June 17, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.[1]

     The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, New York City Department of Correction (DOC) Commissioner Louis Molina, and AMKC Warden Joseph Caputo waive service of summons.

     The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   June 23, 2022
            New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).