```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZ SALAAM,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

22-CV-4155 (JPO) (BCM)

**ORDER TO WARDEN REGARDING STATUS CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a status conference, via telephone, on **November 9, 2023** at **10:00 a.m.**

    It is hereby **ORDERED** that the Warden, or other official in charge of the West Facility, produce plaintiff AZIZ SALAAM on **November 9, 2023** no later than **9:45 a.m.** to a suitable location within the West Facility that is equipped with a telephone for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact West Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       October 3, 2023

                      **SO ORDERED.**

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**