```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/1/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZ SALAAM,

           Plaintiff,

-against-

CITY OF NEW YORK, et al.,

           Defendants.

22-CV-4155 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 27, 2024, the Court ordered defendants to submit a status letter no later than April 30, 2024, outlining the progress of discovery to date, as well as any settlement efforts, after meeting and conferring with plaintiff. (Dkt. 28 at 2.) In that order, the Court reminded all parties that, once set, "[a] schedule may be modified only for good cause and with the judge's consent," (Fed. R. Civ. P. 16(b)(4)) and that "[i]nattention will not furnish good cause for further modifications of the pretrial schedule in this action." (Dkt. 28 at 2.)

    Although the deadline for defendants' status report has come and gone, and there is now less than one week until the in-person status conference scheduled for May 7, 2024 at 11:00 a.m. (Dkt. 28 at 2), defendants have not filed a status report.

    It is hereby ORDERED that defendants' deadline to file the status report is EXTENDED to **May 2, 2024**. **No further extensions shall be given.**

Dated: New York, New York
       May 1, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**