USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 5/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZIZ SALAAM,<br>Plaintiff,<br>-against-<br>CITY OF NEW YORK, et al.,<br>Defendants. | 22-CV-4155 (JPO) (BCM)<br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

A status conference was held at 11:00 a.m. today. Defendants appeared through counsel. Plaintiff did not appear. Although the Court's staff attempted – as a courtesy – to reach plaintiff at the telephone number he used to call in to the February 27, 2024 conference, no-one answered the call.

Plaintiff is reminded that defendants served him with interrogatories (written questions) on April 18, 2024. (*See* Dkt. 30.) Pursuant to Fed. R. Civ. P. 33(b)(2), plaintiff's written responses to the interrogatories are due **30 days** after service. Consequently, plaintiff must serve written responses to the interrogatories **no later than May 20, 2024**. Additionally, plaintiff must make himself available, on request, for a deposition, which must occur **no later than June 28, 2024**, which is the deadline for all remaining fact discovery. (*See* Dkt. 28 ¶ 3.)

Plaintiff is further reminded that he must update the Court as to his current mailing address and phone number. He may do so by submitting a Notice of Change of Address for Pro Se Litigants, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/notice-of-change-of-address-for-pro-se-litigants.pdf, using one of the following methods: mailing the form to the Pro Se Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007; delivering the form to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007; or emailing the form to

ProSe@nysd.uscourts.gov. For any further procedural assistance related to updating plaintiff's mailing address and phone number, plaintiff may call the Pro Se Intake Unit at (212) 805-0175.

Judge Moses will conduct a status conference on **July 1, 2024, at 11:00 a.m.**, in Courtroom 20A, of the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, New York, New York 10007. **This is an in-person conference. Plaintiff is required to attend**. No later than **June 24, 2024**, defendants shall, after meeting and conferring with plaintiff (or attempting in good faith to do so) submit a status letter outlining the progress of discovery to date, including whether defendants have deposed plaintiff at that time or whether plaintiff's deposition is scheduled to occur before the July 1, 2024 conference.

Plaintiff is reminded that it is his obligation to meet all litigation deadlines, obey all Court orders, and appear for all scheduled conferences and other proceedings – unless he has sought and obtained an extension or adjournment **in advance**. If plaintiff continues to miss deadlines, disregard orders, and/or be absent for court proceedings, **this action may be dismissed**.

Dated: New York, New York
May 7, 2024

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**