UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZ SALAAM,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

22-CV-4155 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court finds no error, clear or otherwise, in the Report and Recommendation issued by Magistrate Judge Barbara Moses on August 1, 2024. (ECF No. 35.)[1] Accordingly, the Report and Recommendation is hereby ADOPTED, and this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 22, 2024
      New York, New York

                                           J. PAUL OETKEN
                                           United States District Judge

---

[1] Objections to the Report and Recommendation were due August 15, 2024. (ECF No. 35.) No objections were filed.